1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   JEREMY S. KROGER, Bar #258956
    Assistant Federal Defender
3   Designated Counsel for Service
    2300 Tulare Street, Suite 330
4   Fresno, California  93721-2226
    Telephone: (559) 487-5561
5
    Attorney for Defendant
6   OBDULIA JULIE LEON

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )    Case No. 1:12-cr-00035 AWI-DLB-2
                                       )
12                  Plaintiff,         )    STIPULATION TO MODIFY THE
                                       )    PROTECTIVE ORDER;
13         v.                          )    ORDER
                                       )
14  OBDULIA JULIE LEON,                )
                                       )    Dept :  Hon. Anthony W. Ishii
15                  Defendant.         )
                                       )
16  _____)

17       **IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective

18  counsel of record herein, that the existing Protective Order in this case as to Defendant, Obdulia Julie

19  Leon, shall be modified so as to permit Ms. Leon to receive and independently view the following

20  specified pages of discovery:  Bates Numbers 544-560 and 5912-6552.  The parties agree to this

21  modification because these documents consist of Ms. Leon's statements, emails, and business records,

22  many of which were produced by Ms. Leon herself, and because Ms. Leon's ongoing review of these

23  documents is necessary for defense preparation.

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

The parties further agree that all other provisions of the Protective Order shall remain in place unchanged, including all prohibitions against disclosure of protected information or the use of such information other than for purposes of defense preparation.

BENJAMIN B. WAGNER
United States Attorney

DATED: May 11, 2012                    /s/ Henry Z. Carbajal
                                       HENRY Z. CARBAJAL, III
                                       Assistant United States Attorney
                                       Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: May 11, 2012                    /s/ Jeremy S. Kroger
                                       JEREMY S. KROGER
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       Obdulia Julie Leon

## O R D E R

**IT IS SO ORDERED**.  The Protective Order as to Defendant, Obdulia Julie Leon, is modified so as to permit Ms. Leon to receive and independently view the following specified pages of discovery: Bates Numbers 544-560 and 5912-6552.  All other provisions of the Protective Order shall remain in place, including all prohibitions against the disclosure of protected information or the use of such information other than for purposes of defense preparation.

IT IS SO ORDERED.

Dated:   May 11, 2012                   _____
                                        CHIEF UNITED STATES DISTRICT JUDGE

Obdulia Julie Leon — Stipulation
to Modify the Protective Order                    2