HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ANDRAS FARKAS, Bar #254302
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
OBDULIA JULIE LEON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:12-cr-00035-AWI-BAM |
| *Plaintiff,* | STIPULATION TO CONTINUE SENTENCING HEARING;  ORDER |
| vs. | |
| OBDULIA JULIE LEON, | DATE:  November 24, 2014 |
| *Defendant.* | TIME:   10:00 a.m. |
| | JUDGE: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney, Henry Z. Carbajal, counsel for plaintiff, and Assistant Federal Defender, Andras Farkas, counsel for defendant, Obdulia Julie Leon, that the sentencing hearing currently set for November 3, 2014 at 10:00 a.m. before Judge Anthony W. Ishii, **may be continued to November 24, 2014 at 10:00 a.m., and the formal objections to the presentence report previously due October 27, 2014 are now due November 17, 2014.**  The government is in agreement with this request.

The reason for this continuance is that defense counsel requests additional time to prepare for sentencing and address restitution issues.

/ / /

/ / /

|   |   |
|---|---|
|   | BENJAMIN B. WAGNER<br>United States Attorney |
| Dated:  October  21, 2014 | /s/ Henry Z. Carbajal, III<br>Henry Z. Carbajal, III<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   | HEATHER E. WILLIAMS<br>Federal Defender |
| Dated:  October 21, 2014 | /s/ Andras Farkas<br>ANDRAS FARKAS<br>Assistant Federal Defender<br>Attorney for Defendant<br>OBDULIA JULIE LEON |

**O R D E R**

For the reasons set forth above, the continuance requested is granted for good cause.

IT IS SO ORDERED.

Dated:   October 21, 2014         _____
                                                              SENIOR  DISTRICT  JUDGE