BENJAMIN B. WAGNER
United States Attorney
HENRY Z. CARBAJAL
MEGAN A. S. RICHARDS
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:12-CR-00035-AWI-BAM-2 |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING OF OBDULIA JULIE LEON |
| v. | |
| OBDULIA JULIE LEON, | DATE: November 24, 2014
TIME: 10:00 a.m.
COURT: Hon. Anthony W. Ishii |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on November 24, 2014 at 10:00 a.m..

2. By this stipulation, the government and defendant now move to continue the sentencing until December 15, 2014 at 10:00 a.m. to allow the government to respond to the defendant's sentencing memorandum and to allow the parties time to verify the restitution amounts that should be ordered in the

//
//
//

1

case.

3. The government agrees to file its sentencing memorandum by December 3, 2014.

IT IS SO STIPULATED.

Dated:  November 19, 2014                         BENJAMIN B. WAGNER
                                                  United States Attorney


                                                  /s/ MEGAN A. S. RICHARDS
                                                  MEGAN A. S. RICHARDS
                                                  Assistant United States Attorney


Dated:  November 19, 2014                         /s/ ANDRAS FARKAS
                                                  ANDRAS FARKAS
                                                  Counsel for Defendant
                                                  Obdulia Julie Leon


**ORDER**

IT IS SO ORDERED.

Dated:   November 20, 2014                        _____
                                                  SENIOR DISTRICT JUDGE

2