BENJAMIN B. WAGNER
United States Attorney
HENRY Z. CARBAJAL III
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:12-cr-00035-AWI-BAM-2 |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE RESTITUTION HEARING |
| v. | |
| OBDULIA JULIE LEON,<br>  aka Julie Ochoa,<br>  aka Julie De Fontes, | DATE: February 2, 2015<br>TIME:   10:00 a.m.<br>JUDGE: Hon. Anthony W. Ishii |
| Defendant. | |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through her counsel of record, hereby stipulate as follows:

1. On December 15, 2014, the defendant was sentenced by the Court to a term of imprisonment and supervised release, following a guilty plea to one count of conspiracy to commit mail and wire fraud (18 U.S.C. § 1349).

2. At the sentencing hearing, the Court set a further hearing to determine restitution for January 20, 2015 at 10:00 a.m.

2. By this stipulation, the parties now move to continue the restitution hearing until

1

**February 2, 2015 at 10:00 a.m**.

    3.      The parties agree and stipulate, and request that the Court find the following:

    a.      The defense provided proposed restitution figures to the government prior to sentencing. The government also obtained additional data from the investigating agency on restitution shortly before sentencing. The government is in the process of reconciling the defendant's calculations with the investigating agency's calculations (in light of the plea agreement) to determine the proper amount of restitution for each victim. Once the government has completed its analysis, the parties will meet and confer in the hope of agreeing to a stipulated restitution amount. The parties agree that this can be accomplished with additional time afforded by continuing the restitution hearing to February 2, 2015 at 10:00 a.m.

    b.      A restitution hearing set for February 2, 2015 comports with the deadline set forth in 18 U.S.C. § 3664(d)(5), requiring a determination of victim's losses "not to exceed 90 days after sentencing."

IT IS SO STIPULATED.

DATED:    January 15, 2015

/s/ Henry Z. Carbajal III
HENRY Z. CARBAJAL III
Assistant United States Attorney

DATED:    January 15, 2015

/s/Andras Farkas
ANDRAS FARKAS
Counsel for Defendant
OBDULIA JULIE LEON

IT IS SO ORDERED.

Dated:  January 15, 2015

SENIOR DISTRICT JUDGE