HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ANDRAS FARKAS, Bar #254302
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
OBDULIA JULIE LEON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:12-cr-0035  AWI |
| *Plaintiff*, | ***EX PARTE* APPLICATION FOR ORDER EXTENDING SURRENDER DATE; ORDER** |
| vs. | |
| OBDULIA JULIE LEON, | Judge:  Honorable Anthony W. Ishii |
| *Defendant.* | |

Defendant appeared before this court on December 15, 2014 for sentencing.  Among other provisions of her judgment, defendant is ordered to surrender into custody of the Bureau of Prisons to serve her 6 month term of incarceration on January 26, 2015.  The reason for this extension is because, at the government's request, the court extended the restitution hearing from January 20, 2015 to February 2, 2015, and Ms. Leon's presence may be needed to assist defense counsel at the restitution hearing.

Based on the foregoing, counsel hereby makes this ex parte application for an order extending Defendant Obdulia Leon's surrender date to the Bureau of Prisons to February 9, 2015, to allow for defendant's presence at the restitution hearing on February 2, 2015.  The government has no objections to this request.

Dated: January 20, 2015

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Andras Farkas*
ANDRAS FARKAS
Assistant Federal Defender
Attorney for Defendant
OBDULIA JULIE LEON

## ORDER

Good cause appearing. IT IS HEREBY ORDERED that the defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons before 2:00 P.M. on February 9, 2015.

IT IS SO ORDERED.

Dated:   January 20, 2015

_____
SENIOR  DISTRICT  JUDGE

LEON: Ex Parte Application for Order Extending
Surrender Date and Order