BENJAMIN B. WAGNER
United States Attorney
HENRY Z. CARBAJAL III
MEGAN A.S. RICHARDS
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:12-cr-00035-AWI-BAM-2 |
|---|---|
| Plaintiff, | STIPULATION AND ORDER RE RESTITUTION |
| v. | DATE: February 2, 2015 |
| OBDULIA JULIE LEON,<br>  aka Julie Ochoa,<br>  aka Julie De Fontes, | TIME: 10:00 a.m.<br>JUDGE: Hon. Anthony W. Ishii |
| Defendant. | |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through her counsel of record, hereby stipulate as follows:

1. On December 15, 2014, the defendant was sentenced by the Court to a term of imprisonment and supervised release, following a guilty plea to one count of conspiracy to commit mail and wire fraud (18 U.S.C. § 1349).

2. At the sentencing hearing, the Court set a further hearing to determine restitution for January 20, 2015 at 10:00 a.m. This date was continued by stipulation and order to February 2, 2015 at 10:00 a.m.

1

3. The parties agree and stipulate, and request that the Court find the following:

    a. The total amount of restitution owed by defendant Leon is set forth in Attachment A to this stipulation. Attachment A describes the total amount of restitution and the apportionment of restitution among defendant Leon's victims in this case.

    b. The parties' stipulation and the agreed amounts in Attachment A satisfy the requirements of 18 U.S.C. § 3664(d)(5), requiring a determination of victim's losses "not to exceed 90 days after sentencing."

    c. Defendant Leon agrees that the judgment and commitment issued in her case will be amended to include the restitution amounts and apportionment agreed to in Attachment A.

IT IS SO STIPULATED.

DATED: January 30, 2015

/s/ Henry Z. Carbajal III
HENRY Z. CARBAJAL III
Assistant United States Attorney

DATED: January 30, 2015

/s/Andras Farkas
ANDRAS FARKAS
Counsel for Defendant
OBDULIA JULIE LEON

**O R D E R**

IT IS SO ORDERED.

Dated: January 30, 2015

SENIOR DISTRICT JUDGE

2

## ATTACHMENT A

| Investor/Claimant Name | Restitution Figure |
|---|---|
| Barajas, Odilia | $18,920 |
| Ramos, Ana | $8,900 |
| Orozco, Alfonso | $104,265 |
| Astorga, Rosita | $9,680 |
| Torres, Sylvia | $28,050 |
| Valencia, Hortensia Navarro, Gorge | $31,850 |
| Barboza, Angel (Gladys) | $39,400 |
| Orozco, Pedro | $15,000 |
| Corral, Josie | $15,000 |
| Aceves, Miguel | $50,000 |
| Aceves, Gabriel | $50,000 |
| Orozco, Maria & Fidel | $33,087.23 |
| Gonzalez, Jose Manuel | $85,000 |
| Ambrosio, Viviana | $5,000 |
| Prado, Noelvia | <u>$2,500</u> |
| | **$496,652** |