BENJAMIN B. WAGNER
United States Attorney
HENRY Z. CARBAJAL III
MEGAN A.S. RICHARDS
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:12-cr-00035 AWI-BAM |
| Plaintiff, | STIPULATION RE RESTITUTION |
| v. | JUDGE: Hon. Anthony W. Ishii |
| OBDULIA JULIE LEON,<br>  aka Julie Ochoa,<br>  aka Julie De Fontes, | |
| Defendant. | |

**STIPULATION**

1.      On February 2, 2015, the Court ordered defendant Obdulia Leon to pay restitution according to Attachment A of the Stipulation and Order adopted by the Court on January 30, 2015. See Dkt. No. 75.

2.      The United States of America, by and through its counsel of record, and defendant, by and through her counsel of record, hereby stipulate to and request that the Court order the following as to defendant Obdulia Leon:

Restitution as stated in Attachment A to the Stipulation and Order Re Restitution (Dkt. No. 75) shall be due during the period of imprisonment, at the rate of not less than $25 per quarter, and

1

pursuant to the Bureau of Prisons' Inmate Financial Responsibility Program.  If any amount of restitution remains unpaid after release from custody, the United States Probation Officer assigned to Obdulia Leon shall set a schedule ordering payments depending on the defendant's monthly income, but not less than $50.00, during the period of supervised release, such payments to begin 120 days after the commencement of supervision.  The interest is waived.

IT IS SO STIPULATED.

DATED: February 2, 2015

/s/ Henry Z. Carbajal III
HENRY Z. CARBAJAL III
Assistant United States Attorney

DATED: February 2, 2015

/s/Andras Farkas
ANDRAS FARKAS
Counsel for Defendant
OBDULIA JULIE LEON

**O R D E R**

IT IS SO ORDERED.

Dated: February 3, 2015

SENIOR DISTRICT JUDGE

2