MCGREGOR W. SCOTT
United States Attorney
HENRY Z. CARBAJAL III
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:12-cr-00035 AWI |
| Plaintiff, | STIPULATION RE RESTITUTION AND CORRECTION TO JUDGMENT; ORDER |
| v. | |
| OBDULIA JULIE LEON, | JUDGE: Hon. Anthony W. Ishii |
| Defendant. | |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendants, by and through their respective counsel of record, hereby stipulate as follows:

1. Defendant Leon was sentenced by the Court on December 15, 2014, following conviction after a guilty plea of one count of conspiracy to commit mail and wire fraud (18 U.S.C. § 1349), Count One.

2. Whereas the second amended judgment incorrectly indicated that the defendant was liable for the restitution amount of $496,652 for conviction of Count One of the Indictment, while the listed payees in the restitution attachment to the judgment adds up to $496,652.23, and the intention of the parties was that the restitution for Count One would be $496,652.23.

1

3. Whereas the list of payees due restitution incorrectly includes "Gorge Navarro."

4. Whereas the restitution attachment in the judgment includes payee "Hortensia Valencia," which should be spelled "Hortencia Valencia."

5. The parties have reached this agreement and stipulation to correct the defendant's judgment, and to otherwise clarify by Court order, as follows:

6. The total amount of restitution owed by defendant Leon is $496,652.23.

7. "Gorge Navarro" is not a payee for restitution in the case.

8. The payee due $31,850 in Attachment A to the second amended judgment is "Hortencia Valencia."

9. If necessary for the disbursement and accounting of restitution owed and paid, the defendant's second amended judgment (Dkt No. 87) shall be deemed to incorporate this stipulation.

IT IS SO STIPULATED.

DATED: November 12, 2020

/s/ Henry Z. Carbajal III
HENRY Z. CARBAJAL III
Assistant United States Attorney

DATED: November 12, 2020

/s/ Eric Kirsten
ERIC KIRSTEN
Counsel for Defendant
OBDULIA JULIE LEON

**O R D E R**

IT IS SO ORDERED.

Dated:   November 12, 2020

SENIOR DISTRICT JUDGE

2